In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-427 CV


____________________



IHSAN SHANTI AND SHANTI PAIN 


AND WELLNESS CLINIC, P.A., Appellants



V.



HOWARD SMITH, Appellee






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. CV-70905






MEMORANDUM OPINION


 The appellants, Ihsan Shanti and Shanti Pain and Wellness Clinic, P.A., filed a
motion to dismiss this accelerated interlocutory appeal. The Court finds that this motion
is voluntarily made by the appellants prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion
to dismiss is granted and the appeal is dismissed without reference to the merits of the
appeal. Appellate costs are assessed against the appellants.

 APPEAL DISMISSED. 

 ___________________________

 CHARLES KREGER

 Justice

Opinion Delivered November 9, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.